FILED
2013 Aug-28 PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile: (706) 649-7790

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

August 28, 2013

/ND/AL
2:13-CR-336-JHE/

Clerk, United States District Court
Hugo L. Black United States Courthouse
1729 Fifth Avenue North, Room 140
Birmingham, AL 35203-2000

Re:  Transfer of Probation
     U.S.A. v. Thomas, Case Number: 4-11-mj-215 (MSH)

Dear Clerk,

Please find enclosed a certified copy of the transfer of jurisdiction form, information, judgment, and docket sheet in the above referenced case.

Sincerely,

Gregory J. Leonard, Clerk

s/ Timothy L. Frost, Deputy Clerk

(36)

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 113G-4:11-MJ-215-1 (MSH) |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |
| | ND/AL | 2:13-CR-326-JHE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Middle District of Georgia | Columbus |
| Mathew B. Thomas | NAME OF SENTENCING JUDGE | |
| | Honorable Stephen Hyles | |
| Birmingham, Alabama 25208 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: February 4, 2013 — TO: February 3, 2014 |

OFFENSE
Driving Under the Influence — 18 U.S.C. §§ 7 & 13 i/c/w O.C.G.A. § 40-6-391(a)(5)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Georgia___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Alabama___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___6.27.13___
Date

___[signature]___
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Alabama___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___7/19/13___
Effective Date

___[signature]___
United States ~~District~~ Magistrate Judge

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Georgia, Columbus Division

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| v. | ) | |
| **MATTHEW B. THOMAS** | ) | Case Number: 4:11-mj-00215-MSH-1 |
| ND/AL<br>2:13-CR-336-JHE | ) | USM Number: 29378-001 |
| | ) | **BARRY DEBROW, JR.**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 U.S.C. §§ 7 and 13 i/c/w O.C.G.A. § 40-6-391(a)(5) | DUI (.380) 5th | 4/12/2011 | 1 |

    The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   2 and 3     ☐ is   ☒ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 8, 2012
Date of Imposition of Judgment

_Signature of Judge_

STEPHEN HYLES U.S. MAGISTRATE JUDGE
Name and Title of Judge

11.8.12
Date Signed

(31)

AO 245B     (Rev. 09/08) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page **2** of **4**

**DEFENDANT: MATTHEW B. THOMAS**
CASE NUMBER: 4:11-mj-00215-MSH-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 8 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

        ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 3 of 4

DEFENDANT: **MATTHEW B. THOMAS**
CASE NUMBER: 4:12-mj-00073-MSH-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : 12 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
3) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page 4 of 4

DEFENDANT:      **MATTHEW B. THOMAS**
CASE NUMBER:    4:12-mj-00073-MSH-1

## SPECIAL CONDITIONS OF SUPERVISION

You shall participate in a program of drug and alcohol testing and treatment. The U.S. Probation Office shall administratively supervise your participation in the program by approving the program, administering the testing, and supervising the treatment

You shall participate in a mental health treatment program and comply with the treatment regimen of your mental health provider. The U.S. Probation Office shall administratively supervise your participation in the program by approving the program and monitoring your participation in the program.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | /ND/AL/ <br> /2:13CR-336-JHE/ |
| Vs | CASE NO. 4:11-mj-215 MSH <br> **SUPERSEDING INFORMATION** |
| MATTHEW B. THOMAS | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION NO. 2688131

That on or about April 12, 2011, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, MATTHEW B. THOMAS, did unlawfully drive and was in actual physical control of a motor vehicle while under the influence of alcohol to wit:  an alcohol concentration of .08 or more; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

COUNT II

VIOLATION NO. 2688131

That on or about April 12, 2011, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, MATTHEW B. THOMAS, did unlawfully drive and was in actual physical control of a motor vehicle while under the influence of alcohol to the extent that it was less safe for him to drive; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

## COUNT III

### VIOLATION NO. 2688132

That on or about April 12, 2011, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, MATTHEW B. THOMAS, did unlawfully drive a motor vehicle while his driver's license was suspended/revoked; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-5-121.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

By: JARED V. OLSON
SPECIAL ASSISTANT U.S. ATTORNEY

# U.S. District Court [LIVE AREA]
## Middle District of Georgia (Columbus)
### CRIMINAL DOCKET FOR CASE #: 4:11-mj-00215-MSH-1

| | |
|---|---|
| Case title: UNITED STATES OF AMERICA v. THOMAS | Date Filed: 09/08/2011<br>Date Terminated: 11/08/2012 |

Assigned to: US Mag Judge Stephen Hyles

*ND/AL*
*2:13-CR-336-JHE*

**Defendant (1)**

| | | |
|---|---|---|
| **MATTHEW B THOMAS**<br>*TERMINATED: 11/08/2012* | represented by | **FEDERAL DEFENDERS MIDDLE DISTRICT OF GEORGIA INC**<br>440 MARTIN LUTHER KING JR BLVD STE 400<br>MACON, GA 31201<br>478-743-4747<br>Fax: 478-207-3419<br>Email: GAM_MAC_ECF@fd.org<br>*ATTORNEY TO BE NOTICED* |
| | | **BARRY DEBROW, JR**<br>Federal Defenders of MD GA<br>233 12TH ST STE 400<br>COLUMBUS, GA 31901<br>706-358-0030<br>Email: barry_debrow@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |
| | | **Victor Arturo Arana**<br>Federal Defenders of the MD GA<br>233 12th Street Ste 400<br>Columbus, GA 31901<br>(706) 358-0030<br>Fax: (706) 358-0029<br>Email: victor_arana@fd.org<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:13-7210.M TRAFFIC OFFENSES, DRUNKEN DRIVING (.08 or Greater) ON 4/12/11 (40-6-391(a)(5), 2688131<br>(1s) | Imprisonment of 8 months; 12 months supervised release with conditions. |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:13-7210.M TRAFFIC OFFENSES, DRUNKEN DRIVING (.380) ON 4/12/11 (40-6-391(a)(5), 2688131)<br>(1) | Dismissed. |
| 18:13-7220.M TRAFFIC OFFENSES - DRIVING WHILE | Dismissed. |

| | |
|---|---|
| LICENSE SUSPENDED/REVOKED (2) | |
| 18:13-7210.M TRAFFIC OFFENSES, DRUNKEN DRIVING (Less Safe) ON 4/12/11 (40-6-391(a)(1), 2688131) (2s) | Dismissed. |
| 18:13-7220.M TRAFFIC OFFENSES - DRIVING WHILE LICENSE SUSPENDED OR REVOKED ON 4/12/11 (40-5-121, 2688132) (3s) | Dismissed. |

**Highest Offense Level (Terminated)**

Misdemeanor

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | represented by | **ALLISON T CHERSICLA**<br>6450 WAY AVE RM 216<br>FT BENNING, GA 31905<br>706-545-3286<br>Email: allison.t.chersicla.mil@mail.mil<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Edward J Gladding**<br>US Army<br>6450 WAY AVE<br>FT BENNING, GA 31905<br>706-604-8280<br>Email: edward.j.gladding@us.army.mil<br>*ATTORNEY TO BE NOTICED*<br><br>**JARED V OLSON**<br>6450 WAY AVE<br>FT BENNING, GA 31905<br>706-545-1547<br>Email: natalie.a.west6.mil@mail.mil<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2011 | 1 | INFORMATION as to MATTHEW B THOMAS (1) count(s) 1, 2. (tls) (Entered: 09/08/2011) |
| 09/12/2011 | 3 | Summons Returned Executed on 9/9/11 as to MATTHEW B THOMAS (tls) (Entered: 09/12/2011) |
| 09/13/2011 | 4 | Sealed Document: Violation Notice(s) (tls) (Entered: 09/13/2011) |
| 09/29/2011 | | Minute Entry for proceedings held before US Mag Judge Stephen Hyles:Defendant MATTHEW B THOMAS failed to appear on 9/29/2011. Edward Gladding for the government. [Tim Frost, Courtroom Deputy] (Court Reporter FTR Gold, 9:05-9:06) (tls) (Entered: 09/30/2011) |

| | | |
|---|---|---|
| 01/05/2012 | 6 | Rule 5(c)(3) Documents Received as to MATTHEW B THOMAS. (Attachments: # 1 Order to Appear, # 2 Waiver, # 3 CJA23 Financial Affidavit, # 4 DSR − Northern AL)(tls) (Entered: 01/05/2012) |
| 01/05/2012 | | Arrest of MATTHEW B THOMAS in Northern District of Alabama on December 21, 2011. (tls) (Entered: 01/05/2012) |
| 01/05/2012 | 7 | INFORMATION − SUPERSEDING as to MATTHEW B THOMAS (1) count(s) 1s, 2s, 3s. (tls) (Entered: 01/05/2012) |
| 01/09/2012 | | Attorney Appointment Hearing as to MATTHEW B THOMAS held on 1/9/2012. Federal Defenders Office appointed as to Defendant. (tls) (Entered: 01/09/2012) |
| 01/09/2012 | | NOTICE of SETTING Hearing as to MATTHEW B THOMAS. Initial Appearance set for 1/10/2012 09:00 AM in Columbus before US Mag Judge Stephen Hyles. (tls) (Entered: 01/09/2012) |
| 01/09/2012 | | Arrest of MATTHEW B THOMAS (tls) (Entered: 01/10/2012) |
| 01/10/2012 | 8 | Order appointing the Federal Defender to represent MATTHEW B THOMAS. Ordered by US Mag Judge Stephen Hyles on 1/9/12. (tls) (Entered: 01/10/2012) |
| 01/10/2012 | | Minute Entry for proceedings held before US Mag Judge Stephen Hyles:Initial Appearance, Arraignment held on 1/10/2012 as to MATTHEW B THOMAS (1) Count 1s,,2s,3s. Mel Hyde for the Government; Victor Arana for the Defendant. Defendant release on bond with conditions. Not Guilty Plea entered by MATTHEW B THOMAS (1) Count 1s,,2s,3s. ( Pretrial Conference set for 3/15/2012 09:00 AM in Columbus before US Mag Judge Stephen Hyles.) Disclaimer: Contents of this minute sheet are for administrative purposes only and are not meant as a substitution for the official court record. Please order a transcript if there are any questions as to the contents herein. (Billy Johnston, USPO; Terrie Smith, Courtroom Deputy) (Court Reporter FTR Gold, 11:19 − 11:31 a.m.) (tls) (Entered: 01/10/2012) |
| 01/10/2012 | | NOTICE of SETTING Hearing as to MATTHEW B THOMAS. Pretrial Conference set for 3/15/2012 09:00 AM in Columbus before US Mag Judge Stephen Hyles. (tls) (Entered: 01/10/2012) |
| 01/10/2012 | 9 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE by MATTHEW B THOMAS (tls) (Entered: 01/10/2012) |
| 01/10/2012 | 10 | NOTICE OF ATTORNEY APPEARANCE: Victor Arturo Arana appearing for MATTHEW B THOMAS (Arana, Victor) (Entered: 01/10/2012) |
| 01/10/2012 | 11 | ORDER Setting Conditions of Release as to MATTHEW B THOMAS (1) $5,000 Unsecured. Ordered by US Mag Judge Stephen Hyles on 1/10/12. (tls) (Entered: 01/12/2012) |
| 01/12/2012 | 12 | Appearance Bond Entered as to MATTHEW B THOMAS in amount of $5,000 (Unsecured) (tls) (Entered: 01/12/2012) |
| 01/24/2012 | 13 | REQUEST for Discovery by MATTHEW B THOMAS (Arana, Victor) (Entered: 01/24/2012) |
| 02/09/2012 | 14 | STANDARD PRETRIAL ORDER as to MATTHEW B THOMAS. Ordered by US Mag Judge Stephen Hyles on 2/9/12. (tls) (Entered: 02/09/2012) |
| 02/22/2012 | 18 | Detainer Lodged as to MATTHEW B THOMAS (tls) (Entered: 02/22/2012) |
| 03/09/2012 | 19 | MOTION for 404(b) Material Re: Prior Bad Actsby UNITED STATES OF AMERICA as to MATTHEW B THOMAS. (OLSON, JARED) (Entered: 03/09/2012) |
| 03/12/2012 | 20 | MOTION to Continue Trial in the Interest of Justice *Unopposed Motion To Continue Pretrial Conference* by MATTHEW B THOMAS. (Attachments: # 1 Text of Proposed Order)(Arana, Victor) (Entered: 03/12/2012) |
| 03/13/2012 | | This is a text only entry; no document issued. ORDER granting 20 Motion to Continue Pretrial Conference/Trial as to MATTHEW B THOMAS (1). Ordered by US Mag Judge Stephen Hyles on 3/13/12. (tls) (Entered: 03/13/2012) |

| 05/10/2012 | 21 | Sealed Document: Violation Notice(s) – Unredacted (tls) (Entered: 05/10/2012) |
| --- | --- | --- |
| 07/18/2012 | | NOTICE of SETTING Hearing as to MATTHEW B THOMAS. Initial Appearance on Revocation Proceedings and Detention Hearing set for 7/19/2012 10:00 AM in Columbus before US Mag Judge Stephen Hyles. (tls) (Entered: 07/18/2012) |
| 07/19/2012 | 23 | Minute Entry for proceedings held before US Mag Judge Stephen Hyles:Initial Appearance re Revocation of Pretrial Release as to MATTHEW B THOMAS held on 7/19/2012 (Court Reporter FTR Gold 10:17 a.m.) (tls) (Entered: 07/24/2012) |
| 07/20/2012 | | NOTICE of SETTING Hearing as to MATTHEW B THOMAS. Pretrial Conference set for 8/16/2012 09:00 AM in Columbus before US Mag Judge Stephen Hyles. (tls) (Entered: 07/20/2012) |
| 07/24/2012 | 22 | Rule 5(c)(3) Documents Received from Northern District of Alabama (Southern) as to MATTHEW B THOMAS (Attachments: #1 Docket Sheet Report, #2 Case Documents)(tls) (Entered: 07/24/2012) |
| 08/03/2012 | 24 | NOTICE OF ATTORNEY APPEARANCE: BARRY DEBROW, JR appearing for MATTHEW B THOMAS *SUBSTITUTION OF COUNSEL* (DEBROW, BARRY) (Entered: 08/03/2012) |
| 08/16/2012 | 25 | Minute Entry for proceedings held before US Mag Judge Stephen Hyles:Change of Plea Hearing as to MATTHEW B THOMAS held on 8/16/2012( Sentencing set for 11/15/2012 09:00 AM in Columbus before US Mag Judge Stephen Hyles.), (Court Reporter FTR Gold.) (tls) (Entered: 08/28/2012) |
| 08/29/2012 | | NOTICE of SETTING Hearing as to MATTHEW B THOMAS. Sentencing set for 11/15/2012 09:00 AM in Columbus before US Mag Judge Stephen Hyles. (tls) (Entered: 08/29/2012) |
| 08/30/2012 | 26 | Arrest Warrant as to MATTHEW B THOMAS executed on 7/10/12. (tls) (Entered: 08/30/2012) |
| 10/11/2012 | 27 | DRAFT PRESENTENCE INVESTIGATION REPORT as to MATTHEW B THOMAS. Objection to Presentence Report due by 10/25/2012 (George, Glenda) (Entered: 10/11/2012) |
| 10/24/2012 | | NOTICE RESETTING Hearing as to MATTHEW B THOMAS at the request of Defendant. Sentencing reset for 11/8/2012 09:00 AM in Columbus before US Mag Judge Stephen Hyles. (tls) (Entered: 10/24/2012) |
| 10/25/2012 | 28 | OBJECTION to 27 Presentence Investigation Report as to MATTHEW B THOMAS (DEBROW, BARRY) (Entered: 10/25/2012) |
| 11/01/2012 | 29 | FINAL PRESENTENCE INVESTIGATION REPORT as to MATTHEW B THOMAS. (Attachments: #1 Addendum)(George, Glenda) (Entered: 11/01/2012) |
| 11/08/2012 | 30 | Minute Entry for proceedings held before US Mag Judge Stephen Hyles:Sentencing held on 11/8/2012 for MATTHEW B THOMAS (1), Count(s) 1, 2, 2s, 3s, Dismissed; Count(s) 1s, Imprisonment of 8 months; 12 months supervised release with conditions. (Attachments: #1 Supplement) (tls) (Entered: 11/08/2012) |
| 11/08/2012 | 31 | JUDGMENT as to MATTHEW B THOMAS (1), Count 1 (Superseding Information), Imprisonment of 8 months; 12 months supervised release with conditions. All other counts dismissed.. Ordered by US Mag Judge Stephen Hyles on 11/8/12. (tls) (Entered: 11/08/2012) |
| 11/13/2012 | 34 | Letter addressed to Magistrate Judge Stephen Hyles from Susan and Richard Arbo, concerning Defendant's character. (tls) (Entered: 11/13/2012) |
| 08/28/2013 | 35 | Probation Jurisdiction Transferred to Northern District of Alabama as to MATTHEW B THOMAS Transmitted Transfer of Jurisdiction form, with certified copies of information, judgment, and docket sheet (tlf). (Entered: 08/28/2013) |
| 08/28/2013 | 36 | Letter regarding transfer of probationer re 35 Transfer Out/Probationer (tlf). (Entered: 08/28/2013) |

| 08/28/2013 | | Notice to Northern District of Alabama of a Transfer of Jurisdiction as to MATTHEW B THOMAS. If you require a copy of the financial ledger, please email your request to help@GAMD.uscourts.gov. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 35 Transfer Out/Probationer, 7 Information -- Misdemeanor, 36 Letter, 31 Judgment. (If you require certified copies of any documents, please send a request to help@GAMD.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov) (tlf). (Entered: 08/28/2013) |